UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JAMES EARL FARLEY, JR., ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 3:22-cv-00218 |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, Petitioner James Earl Farley Jr.'s Motion to Vacate, Set Aside, or Correct Sentence in Accordance with 28 U.S.C. § 2255 (Doc. No. 1) and Supplemental Motion (Doc. No. 9) are **DENIED**. A Certificate of Appealability will not issue.

This case is **DISMISSED WITH PREJUDICE**. The Clerk is directed to enter a final judgment and close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE